**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

In re:

_____,

    Debtor(s)

Case No. _____
Chapter 13

**Summary of the Proposed Loan Modification**

|  | Original Loan | Modified Loan |
|---|---|---|
| Principal Amount |  |  |
| Interest Rate |  |  |
| Term or Maturity Date |  |  |
| Monthly Payment |  |  |

    2. The modified loan includes future payment changes or balloon payments.  The terms of any such future payment changes or balloon payments are:

    3. The modification results in a higher monthly payment.  The source(s) of the funds used to make that payment is/are:

    4. The modification results in a lower monthly payment.  Choose one of the following:
        a. The amount of future plan payments will be increased.
        b. The amount of future plan payments will not be increased.