**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| In re: | Conald Whitaker, Jr. ) | |
| | Pamela Whitaker ) | Case No. 13-32537-KLP |
| | Debtors. ) | Chapter 13 |
| | ) | |
| Address | 313 Wilmer Ave ) | |
| | Richmond, VA  23227 ) | |
| | ) | |
| Last four digits of SSN: | xxx-xx-3815 ) | |
| | xxx-xx-5731 ) | |

## ORDER AUTHORIZING LOAN MODIFICATION

THIS MATTER came to be heard on the Motion and Notice filed by the Debtors to Approve a Loan Modification; and

IT APPEARS TO THE COURT that on or about March 20, 2014 the Debtors filed a Motion requesting the Court to authorize the mortgage modification of their real estate located at 313 Wilmer Ave., Richmond, VA  23227, more specifically described as 105 B2 6BLC, Huntington Place, LT 16 and PT VAC St.

IT FURTHER APPEARS that the Debtors have been approved for a loan modification on their mortgage from EverBank, which holds the mortgage in the approximate amount of Two Hundred Sixty-Five Thousand Two Hundred Fifty-Eight Dollars and 29 Cents ($265,258.29), on the Debtors' real property.  The old mortgage payment was $1639.40 per month.  The old interest rate was 5.75%.  The old maturity date was April 1, 2038.

The new principal amount financed is Two Hundred Sixty-Four Thousand, Eight Hundred Fifteen Dollars and 39 Cents ($264,815.39).   The new interest rate will be of 4.625% upon modification and the first new monthly payment of One Thousand Six

**Rudolph C. McCollum, Jr., Esquire**
**VSB# 32825**
**Elizabeth Egan**
**VSB#44849**
**P.O. Box 4595**
**Richmond, Virginia 23220**
**(804) 523-3900 Phone**
**(804) 523-3901 Fax**

Hundred Ten Dollars and 36 cents ($1610.36) will be due January 1, 2014 and continuing on the same day of each succeeding month until all amounts owed under the Note and Modification are paid in full.  The new maturity date will be January 1, 2054.

Since filing this Chapter 13 case, the Debtors have experienced an increase in their living expenses.  Therefore, there will be no increase in their Chapter 13 plan payments.  The expecting Closing Date will be immediately upon Court approval.

IT FURTHER APPEARS that no responses or objections have been filed to said Motion and Notice; and it,

IT FURTHER APPEARS that a copy of the loan modification agreement signed by both the Debtors and the Lender has been filed with the Court; and it,

IT FURTHER APPEARS that Debtors do not believe that this new loan obligation would compromise their Chapter 13 plan or prejudice any of their creditors.

Wherefore, it is hereby ORDERED that the loan modification of the mortgage on the real estate located at 313 Wilmer Ave., Richmond, VA  23227 is authorized and,

IT IS FURTHER ORDERED that the Trustee is hereby relieved of any obligation to pay the arrears claim of EverBank.

The Clerk shall mail or electronically transmit a copy of this Order to the Debtors, Debtors' counsel and to the Chapter 13 Trustee.

Jun 17 2014

ENTERED this _____ of _____, 2014.

/s/ Keith L. Phillips
_____
                JUDGE

Rudolph C. McCollum, Jr., Esquire
VSB# 32825
Elizabeth Egan
VSB#44849
P.O. Box 4595
Richmond, Virginia 23220
(804) 523-3900 Phone
(804) 523-3901 Fax

Entered on Docket: Jun 19 2014

I ask for this:

/s/Rudolph C. McCollum, Jr.
Rudolph C. McCollum, Jr., Esquire
Counsel for the Debtor
VSB# 32825
P.O. Box 4595
Richmond, Virginia 23220


SEEN AND AGREED:

/s/ Conald Whitaker, Jr.
Conald Whitaker, Jr.
313 Wilmer Ave.
Richmond, VA  23227
Debtor

/s/Pamela Whitaker
Pamela Whitaker
313 Wilmer Ave.
Richmond, VA  23227
Debtor

/s/Robert E. Hyman
Robert E. Hyman
Chapter 13 Trustee
P.O. Box 1780
Richmond, VA 23218


### CERTIFICATE OF ENDORSEMENT

I hereby certify that the foregoing Consent Order has been endorsed by all necessary parties in interest.

/s/Rudolph C. McCollum, Jr.
Rudolph C. McCollum, Jr.

### CERTIFICATE OF SERVICE

I hereby certify that I caused to be served by electronic means or mailed, by first class mail, a true and accurate copy of the foregoing Order Authorizing the Loan Modification was sent to the U.S. Trustee, the Chapter 13 Trustee appointed to this case and all creditors and on this 12th day of

May 2014.

/s/Rudolph C. McCollum, Jr.
Rudolph C. McCollum, Jr.

# Creditors

| | | |
|---|---|---|
| Acs/wells<br>Acs Education Serv<br>Utica, NY 13501 | American Express<br>c/o Becket and Lee<br>Po Box 3001<br>Malvern, PA 19355 | Arrow Financial Services<br>5996 W Touhy Ave<br>Niles, IL 60714 |
| Bank Of America<br>Attn: Bankruptcy NC4-105-02-77<br>Po Box 26012<br>Greensboro, NC 27410 | Bank of America Mtge<br>PO Box 35140<br>Louisville, KY 40232 | Barclays/AIRTRAN<br>Po Box 8833<br>Wilmington, DE 19899 |
| Bass & Assoc<br>3936 E Fort Lowell Rd<br>Tucson, AZ 85712 | BCC Financial Management Svc<br>P.O. Box 590097<br>Fort Lauderdale, FL 33359-0097 | Beta Finance<br>PO 660232<br>Crown Point, IN 46308 |
| Beta Finance<br>8450 S Broadway<br>Merrillville, IN 46410 | Bon Secours Richmond Health<br>P.O. Box 28538<br>Richmond, VA 23228 | Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>Po Box 30285<br>Salt Lake City, UT 84130 |
| Capital One<br>PO Box 22876<br>Rochester, NY 14692 | Capital One Auto Finance<br>3901 N. Dallas Parkway<br>P.O. Box 260848<br>Plano, TX 75093 | Capital One Auto Finance<br>3905 N Dallas Pkwy<br>Plano, TX 75093 |
| Cavalier Telephone<br>PO Box 11146<br>Richmond, VA 23230 | Charlot Bur<br>Pob 6220<br>Charlottesville, VA 22911 | City of Richmond<br>Dept of Public Utilities<br>730 E. Broad St, 5th Flr.<br>Richmond, VA 23219 |
| City of Richmond<br>Department of Finance<br>P.O. Box 26505<br>Richmond, VA 23261-6505 | Commonwealth of VA<br>P.O. Box 2369<br>Richmond, VA 23218-2369 | County of Henrico<br>PO 90775<br>Richmond, VA 23273 |

| | | |
|---|---|---|
| Credit One Bank<br>Po Box 98873<br>Las Vegas, NV 89193 | Fast Auto Loans<br>1206 Azalea Ave<br>Richmond, VA 23227 | Fidelity Info Corp<br>Po Box 100<br>Pacific Palisades, CA 90272 |
| First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57104 | GECRB/JC Penny<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 | GEMB/ PayPal Buyer credit<br>Gemb/Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 |
| Gemb/jcp<br>Attention: Bankruptcy<br>Po Box 103106<br>Roswell, GA 30076 | Gembppbycr<br>Attention: Bankruptcy<br>Po Box 103106<br>Roswell, GA 30076 | Heilig Meyers<br>3807 Mechanicsville Pike<br>Richmond, VA 23223 |
| Horizon Financial<br>8585 S Broadway, #880<br>Merrillville, IN 46410 | Hsbc Nv<br>Pob 19360<br>Portland, OR 97280 | Hsbc/UNION PLUS<br>Attn: Bankruptcy<br>Po Box 5253<br>Carol Stream, IL 60197 |
| IRS<br>PO 21126<br>Philadelphia, PA 19114-0326 | Jolas & Assoc<br>PO Box 4000<br>Mason City, IA 50401 | Kay Jewelers<br>Va. Ctr. Commons Space #752<br>10101 Brook Road<br>Glen Allen, VA 23060 |
| Kay Jewelers<br>P.O. Box 1799<br>Akron, OH 44309 | Macys/fdsb<br>Macy's Bankruptcy<br>Po Box 8053<br>Mason, OH 45040 | Memorial Rich Medical<br>PO Box 409438<br>Atlanta, GA 30384 |
| MiraMed Revenue Group, LLC<br>P.O. Box 536<br>Linden, MI 48451 | NCO - Medclr<br>507 Prudential Rd<br>Horsham, PA 19044 | Palisades Collection<br>210 Sylvan Ave.<br>Englewood Cliffs, NJ 07632 |
| Parham Surgery Ctr<br>7640 E. Parham Rd<br>Henrico, VA 23294 | Pellettieri<br>991 Oak Creek Dr<br>Lombard, IL 60148 | PMAB, LLC<br>P.O. Box 12150<br>Charlotte, NC 28220 |
| Portfolio Recovery<br>120 Corporate Blvd, #100<br>Norfolk, VA 23502 | Portfolio Recovery<br>Attn: Bankruptcy<br>Po Box 41067<br>Norfolk, VA 23541 | Rec Mgm Sys<br>7206 Hull Street Rd Ste<br>Richmond, VA 23235 |

Richmond Fitness Inc
5750 Brook Road
Richmond, VA 23227

Richmond Nephrology Assoc
671 Hioaks Rd Ste B
Richmond, VA 23225

Sentara Health Care
PO 1875
Norfolk, VA 23501

South Central Bank & T
525 W Roosevelt Rd
Chicago, IL 60607

Spinella, Owings & Shaia
8550 Mayland Dr
Richmond, VA 23294

Springleaf
formerly American General
601 NW 2nd St
Evansville, IN 47708

Springleaf Financial
P.O. 3251
Evansville, IN 47731

Surgical Specialists
8262 Atlee Rd., #205
Mechanicsville, VA 23116

Target
Po Box 9475
Minneapolis, MN 55440

Transworld Systems
507 Prudential Rd
Horsham, PA 19044

Tuckahoe Anesthesia Assoc
P.O. Box 12846
Wilmington, DE 19850

United Consumers
P.O. Box 4466
Woodbridge, VA 22194-4466

Vacap Federal Cu
1700 Robin Hood Road
Richmond, VA 23220

Virginia Cu
Po Box 90010
Richmond, VA 23225

Wach Bk
Acs Education Serv
Utica, NY 13501

Weisfield Jewelers/Sterling Jewelers Inc
Attn: Bankruptcy
Po Box 3680
Akron, OH 44309 23218

Robert E. Hyman
Chapter 13 Trustee
P.O. Box 1780
Richmond, VA  23218

Office of the U S Trustee
701 E. Broad St., Suite 4304
 Richmond, VA  23219