# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

## CHAPTER 13 PLAN - AMENDED
## AND RELATED MOTIONS

Name of Debtor(s): **Conald Whitaker, Jr.**
**Pamela Whitaker**

Case No: **13-32537**

This plan, dated **July 22, 2014**, is:

- ☐ the *first* Chapter 13 plan filed in this case.
- ■ a modified Plan, which replaces the
  - ■ confirmed or ☐ unconfirmed Plan dated **10/9/2013**.

Date and Time of Modified Plan Confirming Hearing:
**9/3/2014 @11:10**
Place of Modified Plan Confirmation Hearing:
**USBankruptcy Crt,701 E. Broad St,Crtrm#5100, Richmond,VA 23219**

The Plan provisions modified by this filing are:
**Sections 1-Funding of Plan - SUSPEND CHAPTER 13 PLAN PAYMENTS for 90 days because of income reduction of debtor.**

Creditors affected by this modification are:
**No creditors.**

**NOTICE: YOUR RIGHTS WILL BE AFFECTED. You should read these papers carefully. If you oppose any provision of this Plan, or if you oppose any included motions to (i) value collateral, (ii) avoid liens, or (iii) assume or reject unexpired leases or executory contracts, you MUST file a timely written objection.**

**This Plan may be confirmed and become binding, and the included motions in paragraphs 3, 6, and 7 to value collateral, avoid liens, and assume or reject unexpired leases or executory contracts may be granted, without further notice or hearing unless a written objection is filed not later than seven (7) days prior to the date set for the confirmation hearing and the objecting party appears at the confirmation hearing.**

The debtor(s)' schedules list assets and liabilities as follows:

Total Assets: **$317,111.00**
Total Non-Priority Unsecured Debt: **$234,597.56**
Total Priority Debt: **$11,600.00**
Total Secured Debt: **$271,332.65**

1. **Funding of Plan.** The debtor(s) propose to pay the trustee the sum of ***$1,420.00 Monthly for 5 months, then $1,480.00 Monthly for 9 months, then $0.00 Monthly for 3 months, then $1,480.00 Monthly for 43 months***. Other payments to the Trustee are as follows:   **NONE**   . The total amount to be paid into the plan is $   **84,060.00**   .

2. **Priority Creditors.** The Trustee shall pay allowed priority claims in full unless the creditor agrees otherwise.

    A. **Administrative Claims under 11 U.S.C. § 1326.**

    1. The Trustee will be paid the percentage fee fixed under 28 U.S.C. § 586(e), not to exceed 10%, of all sums disbursed except for funds returned to the debtor(s).
    2. Debtor(s)' attorney will be paid $  **2,600.00**   balance due of the total fee of $   **3,000.00**   concurrently with or prior to the payments to remaining creditors.

    B. **Claims under 11 U.S.C. §507.**
    The following priority creditors will be paid by deferred cash payments pro rata with other priority creditors or in monthly installments as below, except that allowed claims pursuant to 11 U.S.C. § 507(a)(1) will be paid prior to other priority creditors but concurrently with administrative claims above:

| Creditor | Type of Priority | Estimated Claim | Payment and Term |
|---|---|---|---|
| *City of Richmond* | *Taxes and certain other debts* | *7,900.00* | *Prorata 32 months* |
| *County of Henrico* | *Taxes and certain other debts* | *700.00* | *Prorata 32 months* |
| *IRS* | *Taxes and certain other debts* | *3,000.00* | *Prorata 32 months* |

3. **Secured Creditors: Motions to Value Collateral ("Cramdown"), Collateral being Surrendered, Adequate Protection Payments, and Payment of certain Secured Claims.**

    A. **Motions to Value Collateral (other than claims protected from "cramdown" by 11 U.S.C. § 1322(b)(2) or by the final paragraph of 11 U.S.C. § 1325(a)). Unless a written objection is timely filed with the Court, the Court may grant the debtor(s)' motion to value collateral as set forth herein.**

This section deals with valuation of certain claims secured by real and/or personal property, other than claims protected from "cramdown" by 11 U.S.C. § 1322(b)(2) [real estate which is debtor(s)' principal residence] or by the final paragraph of 11 U.S.C. § 1325(a) [motor vehicles purchased within 910 days or any other thing of value purchased within 1 year before filing bankruptcy], in which the replacement value is asserted to be less than the amount owing on the debt. **Such debts will be treated as secured claims only to the extent of the replacement value of the collateral. That value will be paid with interest as provided in sub-section D of this section. You must refer to section 3(D) below to determine the interest rate, monthly payment and estimated term of repayment of any "crammed down" loan. The deficiency balance owed on such a loan will be treated as an unsecured claim to be paid only to the extent provided in section 4 of the Plan.**
The following secured claims are to be "crammed down" to the following values:

| Creditor | Collateral | Purchase Date | Est Debt Bal. | Replacement Value |
|---|---|---|---|---|
| *Fast Auto Loans* | *1997 Chevrolet Tahoe w/235k mls* | | *2,072.10* | *3,300.00* |
| *Springleaf Financial* | *1996 Honda Accord w/150k mls* | *Opened 11/01/03 Last Active 2/23/07* | *4,521.00* | *2,975.00* |
| *Hsbc Nv* | *Best Buy* | | *726.90* | *0.00* |
| *Kay Jewelers* | *Diamond stud earrings* | *12/12* | *506.03* | *200.00* |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                                                                          Best Case Bankruptcy

B.   **Real or Personal Property to be Surrendered.**

Upon confirmation of the Plan, or before, the debtor(s) will surrender his/her/their interest in the collateral securing the claims of the following creditors in satisfaction of the secured portion of such creditors' allowed claims. To the extent that the collateral does not satisfy the claim, any timely filed deficiency claim to which the creditor is entitled may be paid as a non-priority unsecured claim. Confirmation of the Plan shall terminate the automatic stay as to the interest of the debtor(s) and the estate in the collateral.

| Creditor | Collateral Description | Estimated Value | Estimated Total Claim |
|---|---|---|---|
| *Springleaf* | *620 Pensacola Ave., Richmond, VA Lot 18, Block A, Section A, Highland Gardens, City of Richmond FMV= $84,772 minus 6% cost of sale* | 79,685.00 | 71,667.00 |

C.   **Adequate Protection Payments.**

The debtor(s) propose to make adequate protection payments required by 11 U.S.C. § 1326(a) or otherwise upon claims secured by personal property, until the commencement of payments provided for in sections 3(D) and/or 6(B) of the Plan, as follows:

| Creditor | Collateral Description | Adeq. Protection Monthly Payment | To Be Paid By |
|---|---|---|---|
| *-NONE-* | | | |

Any adequate protection payment upon an unexpired lease of personal property assumed by the debtor(s) pursuant to section 6(B) of the Plan shall be made by the debtor(s) as required by 11 U.S.C. § 1326(a)(1)(B) (payments coming due after the order for relief).

D.   **Payment of Secured Claims on Property Being Retained (except only those loans provided for in section 5 of the Plan):**

This section deals with payment of debts secured by real and/or personal property [including short term obligations, judgments, tax liens and other secured debts]. After confirmation of the Plan, the Trustee will pay to the holder of each allowed secured claim, which will be either the balance owed on the indebtedness or, where applicable, the collateral's replacement value as specified in sub-section A of this section, **whichever is less**, with interest at the rate provided below, the monthly payment specified below until the amount of the secured claim has been paid in full. **Upon confirmation of the Plan, the valuation and interest rate shown below will be binding unless a timely written objection to confirmation is filed with and sustained by the Court.**

| Creditor | Collateral | Approx. Bal. of Debt or "Crammed Down" Value | Interest Rate | Monthly Paymt & Est. Term** |
|---|---|---|---|---|
| *Capital One Auto Finance* | *2010 Honda Accord w/87k mls* | 19,048.55 | 4.5% | 566.64 40 months |
| *Fast Auto Loans* | *1997 Chevrolet Tahoe w/235k mls* | 2,072.10 | 4.5% | 61.64 40 months |
| *Springleaf Financial* | *1996 Honda Accord w/150k mls* | 2,975.00 | 4.5% | 88.50 40 months |
| *Hsbc Nv* | *Best Buy* | 726.90 | 0% | Prorata 3 months |
| *Kay Jewelers* | *Diamond stud earrings* | 200.00 | 0% | Prorata 3 months |

E.   **Other Debts.**

Debts which are (i) mortgage loans secured by real estate which is the debtor(s)' primary residence, or (ii) other long term obligations, whether secured or unsecured, to be continued upon the existing contract terms with any existing default in payments to be cured pursuant to 11 U.S.C. § 1322(b)(5), are provided for in section 5 of the Plan.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

**4.    Unsecured Claims.**

    **A.    Not separately classified.** Allowed non-priority unsecured claims shall be paid pro rata from any distribution remaining after disbursement to allowed secured and priority claims. Estimated distribution is approximately __18__ %. The dividend percentage may vary depending on actual claims filed. If this case were liquidated under Chapter 7, the debtor(s) estimate that unsecured creditors would receive a dividend of approximately __5.19__ %.

    **B.    Separately classified unsecured claims.**

| Creditor | Basis for Classification | Treatment |
|---|---|---|
| *-NONE-* | | |

**5.    Mortgage Loans Secured by Real Property Constituting the Debtor(s)' Primary Residence; Other Long Term Payment Obligations, whether secured or unsecured, to be continued upon existing contract terms; Curing of any existing default under 11 U.S.C. § 1322(b)(5).**

    **A.    Debtor(s) to make regular contract payments; arrears, if any, to be paid by Trustee.** The creditors listed below will be paid by the debtor(s) pursuant to the contract without modification, except that arrearages, if any, will be paid by the Trustee either pro rata with other secured claims or on a fixed monthly basis as indicated below, without interest unless an interest rate is designated below for interest to be paid on the arrearage claim and such interest is provided for in the loan agreement.

| Creditor | Collateral | Regular Contract Payment | Estimated Arrearage | Arrearage Interest Rate | Estimated Cure Period | Monthly Arrearage Payment |
|---|---|---|---|---|---|---|
| **Bank of America Mtge** | **313 Wilmer Ave., Henrico, VA 23227**<br>**105 B2 6 BL C, Huntington Place, Lt 16 & PT VAC St County of Henrico, VA**<br>**FMV= $213,607 minus 6% cost of sale** | **2,016.00** | **8,140.00** | **0%** | **39 months** | **226.11** |

    **B.    Trustee to make contract payments and cure arrears, if any.** The Trustee shall pay the creditors listed below the regular contract monthly payments that come due during the period of this Plan, and pre-petition arrearages on such debts shall be cured by the Trustee either pro rata with other secured claims or with monthly payments as set forth below.

| Creditor | Collateral | Regular Contract Payment | Estimated Arrearage | Interest Rate | Term for Arrearage | Monthly Arrearage Payment |
|---|---|---|---|---|---|---|
| *-NONE-* | | | | | | |

    **C.    Restructured Mortgage Loans to be paid fully during term of Plan.** Any mortgage loan against real estate constituting the debtor(s)' principal residence upon which the last scheduled contract payment is due before the final payment under the Plan is due shall be paid by the Trustee during the term of the Plan as permitted by 11 U.S.C. § 1322(c)(2) with interest at the rate specified below as follows:

| Creditor | Collateral | Interest Rate | Estimated Claim | Monthly Paymt& Est. Term** |
|---|---|---|---|---|
| *-NONE-* | | | | |

**6.    Unexpired Leases and Executory Contracts.** The debtor(s) move for assumption or rejection of the executory contracts and leases listed below.

    **A.    Executory contracts and unexpired leases to be rejected.** The debtor(s) reject the following executory contracts.

| Creditor | Type of Contract |
|---|---|
| *-NONE-* | |

Page 4of 8

B. **Executory contracts and unexpired leases to be assumed.** The debtor(s) assume the following executory contracts. The debtor agrees to abide by all terms of the agreement. The Trustee will pay the pre-petition arrearages, if any, through payments made pro rata with other priority claims or on a fixed monthly basis as indicated below.

| Creditor | Type of Contract | Arrearage | Monthly Payment for Arrears | Estimated Cure Period |
|---|---|---|---|---|
| *-NONE-* | | | | |

7. **Liens Which Debtor(s) Seek to Avoid.**

   A. **The debtor(s) move to avoid liens pursuant to 11 U.S.C. § 522(f).** The debtor(s) move to avoid the following judicial liens and non-possessory, non-purchase money liens that impair the debtor(s)' exemptions. **Unless a written objection is timely filed with the Court, the Court may grant the debtor(s)' motion and cancel the creditor's lien.** If an objection is filed, the Court will hear evidence and rule on the motion at the confirmation hearing.

| Creditor | Collateral | Exemption Amount | Value of Collateral |
|---|---|---|---|
| *-NONE-* | | | |

   B. **Avoidance of security interests or liens on grounds other than 11 U.S.C. § 522(f).** The debtor(s) have filed or will file and serve separate pleadings to avoid the following liens or security interests. The creditor should review the notice or summons accompanying such pleadings as to the requirements for opposing such relief. The listing here is for information purposes only.

| Creditor | Type of Lien | Description of Collateral | Basis for Avoidance |
|---|---|---|---|
| *South Central Bank & T* | *Second Mortgage* | *313 Wilmer Ave., Henrico, VA  23227*<br>*105 B2 6 BL C, Huntington Place, Lt 16*<br>*& PT VAC St*<br>*County of Henrico, VA*<br>*FMV= $213,607*<br>*minus 6% cost of sale* | |

8. **Treatment and Payment of Claims.**

   - All creditors must timely file a proof of claim to receive payment from the Trustee.
   - If a claim is scheduled as unsecured and the creditor files a claim alleging the claim is secured but does not timely object to confirmation of the Plan, the creditor may be treated as unsecured for purposes of distribution under the Plan. This paragraph does not limit the right of the creditor to enforce its lien, to the extent not avoided or provided for in this case, after the debtor(s) receive a discharge.
   - If a claim is listed in the plan as secured and the creditor files a proof of claim alleging the claim is unsecured, the creditor will be treated as unsecured for purposes of distribution under the Plan.
   - The Trustee may adjust the monthly disbursement amount as needed to pay an allowed secured claim in full.

9. **Vesting of Property of the Estate.** Property of the estate shall revest in the debtor(s) upon confirmation of the Plan. Notwithstanding such vesting, the debtor(s) may not sell, refinance, encumber real property or enter into a mortgage loan modification without approval of the Court after notice to the Trustee, any creditor who has filed a request for notice and other creditors to the extent required by the Local Rules of this Court.

10. **Incurrence of indebtedness.** The debtor(s) shall not voluntarily incur additional indebtedness exceeding the cumulative total of $5,000 principal amount during the term of this Plan, either unsecured or secured against personal property, except upon approval of the Court after notice to the Trustee, any creditor who has filed a request for notice, and other creditors to the extent required by the Local Rules of this Court.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                                                                  Best Case Bankruptcy

**11.**     **Other provisions of this plan:**

*ATTORNEYS FEES OF $3,000.00 AND ATTORNEY ADMINISTRATIVE COSTS OF $300.00 TO BE PAID PRIOR TO ALL OTHER CREDITORS AND CHAPTER 13 TRUSTEE.*

*NOTE: DEBTOR'S ATTORNEY FEES PLUS ESTIMATED COSTS AS REFLECTED IN THE PROOF OF CLAIM FILED IN THIS CASE.*

*THE CHAPTER 13 TRUSTEE IS AUTHORIZED TO EXTEND THE TERM OF THE PLAN AS NECESSARY, IN ORDER TO MAINTAIN THE MINIMUM PERCENTAGE PAYOUT TO UNSECURED CREDITORS AS SET FORTH IN THE CHAPTER 13 PLAN.*

*THE CHAPTER 13 TRUSTEE IS AUTHORIZED TO ACCEPT THIS WRITTEN STATEMENT FROM DEBTOR'S COUNSEL THAT A CREDITOR'S PROOF OF CLAIM IS CORRECT AND ACCURATE TO PAY ACCORDING TO THE CREDITOR'S PROOF OF CLAIM.*

*PRE AND POST CONFIRMATION ADEQUATE PROTECTION PAYMENTS, WHEN NEEDED, SHALL BE PAID BY THE CHAPTER 13 TRUSTEE IN THE MONTHLY AMOUNT OF $30.00 TOTAL PER MONTH.*

**Signatures:**

**Dated:** *July 22, 2014*

*/s/ Conald Whitaker, Jr.*                          */s/ Rudolph C. McCollum, Jr. VSB#*
*Conald Whitaker, Jr.*                                 *Rudolph C. McCollum, Jr. VSB# 32825*
**Debtor**                                                             **Debtor's Attorney**

*/s/ Pamela Whitaker*
*Pamela Whitaker*
**Joint Debtor**

**Exhibits:**      Copy of Debtor(s)' Budget (Schedules I and J);
                  Matrix of Parties Served with Plan

Certificate of Service

I certify that on   *July 22, 2014*  , I mailed a copy of the foregoing to the creditors and parties in interest on the attached Service List.

                                       */s/ Rudolph C. McCollum, Jr. VSB#*
                                       *Rudolph C. McCollum, Jr. VSB# 32825*
                                       Signature

                                       *P.O. Box 4595*
                                       *Richmond, VA 23220*
                                       Address

                                       *(804) 523-3900*
                                       Telephone No.

Ver. 09/17/09 [effective 12/01/09]

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                       Best Case Bankruptcy

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Conald Whitaker, Jr.**
**Pamela Whitaker**

Case No. **13-32537**

Debtor(s)    Chapter **13**

## SPECIAL NOTICE TO SECURED CREDITOR

To:  **South Central Bank & T**
**525 W Roosevelt Rd; Chicago, IL 60607**
*Name of creditor*

**313 Wilmer Ave., Henrico, VA  23227**
**105 B2 6 BL C, Huntington Place, Lt 16 & PT VAC St**
**County of Henrico, VA**
**FMV= $213,607**
**minus 6% cost of sale**
*Description of collateral*

1. The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

    ☐    To value your collateral.  *See Section 3 of the plan.*  Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

    ■    To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold.  *See Section 7 of the plan.*  All or a portion of the amount you are owed will be treated as an unsecured claim.

2.     ***You should read the attached plan carefully for the details of how your claim is treated.*** The plan may be confirmed, and the proposed relief granted, unless you file and serve a written objection by the date specified and appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

|   |   |
|---|---|
| Date objection due: | **8/27/2014** |
| Date and time of confirmation hearing: | **9/3/2014 @11:10a.m.** |
| Place of confirmation hearing: | **USBankruptcy Crt,701 EBroad St,Crtrm#5100, Richmond,VA 23219** |

**Conald Whitaker, Jr.**
**Pamela Whitaker**
*Name(s) of debtor(s)*

By:  **/s/ Rudolph C. McCollum, Jr. VSB#**
**Rudolph C. McCollum, Jr. VSB# 32825**
*Signature*

■ Debtor(s)' Attorney
☐ Pro se debtor

**Rudolph C. McCollum, Jr. VSB# 32825**
*Name of attorney for debtor(s)*
**P.O. Box 4595**
**Richmond, VA 23220**
*Address of attorney [or pro se debtor]*

Tel. #  **(804) 523-3900**
Fax #  **(804) 523-3901**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

■ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this   **July 22, 2014**   .

**/s/ Rudolph C. McCollum, Jr. VSB#**
**Rudolph C. McCollum, Jr. VSB# 32825**
*Signature of attorney for debtor(s)*

Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
## Eastern District of Virginia

In re: **Conald Whitaker, Jr.**
**Pamela Whitaker**
Debtor(s)

Case No. **13-32537**
Chapter **13**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

- [ ] Involuntary/Voluntary Petition *[Specify reason for amendment: ____]*
  Check if applicable: [ ] Soc. Sec. No. amended. **[*If applicable*: An original, signed Official Form 21 was marked/hand-delivered to the Clerk's office on _____.*]**
- [ ] Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)
- [ ] Schedule A - Real Property
- [ ] Schedule B - Personal Property
- [ ] Schedule C - Property Claimed as Exempt
- [ ] **Schedule D, E, or F, and/or list of Creditors or Equity Holders** - REQUIRES COMPLIANCE WITH LOCAL RULE 1009-1 (*$30.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.*) Check applicable statement(s):
  - [ ] **Creditor(s) added**      [ ] **Creditor(s) deleted**
  - [ ] **Change in amounts owed or classification of debt**
  - [ ] **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed.** [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE)**
  - [ ] **Post-petition creditors added (Schedule of Unpaid Debts)**
  **REMINDER: Conversion of Chapter 13 to Chapter 7 - only file Schedule of Unpaid Debts.**
- [ ] Schedule G- Executory Contracts and Unexpired Leases
- [ ] Schedule H - Codebtors
- [x] Schedule I - Current Income of Individual Debtor(s)
- [x] Schedule J - Current Expenditures of Individual Debtor(s)

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. *Amendment of debtor(s) Social Security Number requires that a hard copy of this cover sheet together with a completed Official Form 21 - Statement of Social Security Number(s) be submitted to the Clerk's Office for entry of the amended Social Security Number into the Court's database. ]**

- [ ] Statement of Financial Affairs
- [ ] Chapter 7 Individual Debtor's Statement of Intention
- [ ] Chapter 11 List of Equity Security Holders
- [ ] Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
- [ ] Disclosure of Compensation of Attorney for Debtor
- [ ] Other: ____

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: ____.

Date: **October 9, 2013**

**/s/ Rudolph C. McCollum, Jr. VSB#**
Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
State Bar No.: **32825**
Mailing Address: **McCollum At Law, P.C.**
**P.O. Box 4595**
**Richmond, VA 23220**
Telephone No.: **(804) 523-3900**

[amendcs ver. 11/11]

**B6I (Official Form 6I) (12/07)**

In re  *Conald Whitaker, Jr.*
       *Pamela Whitaker*                                    Case No.  *13-32537*
                               Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| *Married* | RELATIONSHIP(S): *Daughter* *Son* | AGE(S): *6* *7* |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | *Accountant* |
| Name of Employer | *Disabled* | *Richmond Public Schools* |
| How long employed | | *20 yrs* |
| Address of Employer | | *301 N. 9th St., 16th Floor* *Richmond, VA 23219* |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ *0.00* | $ *3,464.00* |
| 2. Estimate monthly overtime | $ *0.00* | $ *0.00* |
| 3. SUBTOTAL | $ *0.00* | $ *3,464.00* |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ *0.00* | $ *404.00* |
|     b. Insurance | $ *0.00* | $ *432.00* |
|     c. Union dues | $ *0.00* | $ *0.00* |
|     d. Other (Specify)  *See Detailed Income Attachment* | $ *0.00* | $ *158.00* |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ *0.00* | $ *994.00* |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ *0.00* | $ *2,470.00* |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ *0.00* | $ *0.00* |
| 8. Income from real property | $ *0.00* | $ *0.00* |
| 9. Interest and dividends | $ *0.00* | $ *0.00* |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ *0.00* | $ *0.00* |
| 11. Social security or government assistance (Specify):  *Social Security for children* | $ *980.00* | $ *0.00* |
|     *Social Security* | $ *1,858.00* | $ *0.00* |
| 12. Pension or retirement income | $ *2,315.00* | $ *0.00* |
| 13. Other monthly income (Specify):  *Pro rated Tax Returns* | $ *232.00* | $ *0.00* |
|     *Daughter's car payment* | $ *40.00* | $ *0.00* |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ *5,425.00* | $ *0.00* |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ *5,425.00* | $ *2,470.00* |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ *7,895.00* | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6I (Official Form 6I) (12/07)**

In re *Conald Whitaker, Jr.*
*Pamela Whitaker*         Case No. *13-32537*
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Income Attachment

**Other Payroll Deductions:**

| | | |
|---|---:|---:|
| *Life ins* | $ *0.00* | $ *36.00* |
| *Legal ins* | $ *0.00* | $ *16.00* |
| *Retirement contrib* | $ *0.00* | $ *106.00* |
| **Total Other Payroll Deductions** | $ *0.00* | $ *158.00* |

B6J (Official Form 6J) (12/07)

In re  *Conald Whitaker, Jr.*
       *Pamela Whitaker*                                                          Case No.  **13-32537**
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ **2,016.00** |
| a. Are real estate taxes included? | Yes **X**   No ___ | |
| b. Is property insurance included? | Yes **X**   No ___ | |
| 2. Utilities:  a. Electricity and heating fuel | | $ **125.00** |
| b. Water and sewer | | $ **104.00** |
| c. Telephone | | $ **125.00** |
| d. Other  *See Detailed Expense Attachment* | | $ **230.00** |
| 3. Home maintenance (repairs and upkeep) | | $ **200.00** |
| 4. Food | | $ **800.00** |
| 5. Clothing | | $ **150.00** |
| 6. Laundry and dry cleaning | | $ **80.00** |
| 7. Medical and dental expenses | | $ **375.00** |
| 8. Transportation (not including car payments) | | $ **600.00** |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ **200.00** |
| 10. Charitable contributions | | $ **25.00** |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ **65.00** |
| b. Life | | $ **0.00** |
| c. Health | | $ **125.00** |
| d. Auto | | $ **220.00** |
| e. Other | | $ **0.00** |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) **PP tax** | | $ **125.00** |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ **0.00** |
| b. Other | | $ **0.00** |
| c. Other | | $ **0.00** |
| 14. Alimony, maintenance, and support paid to others | | $ **0.00** |
| 15. Payments for support of additional dependents not living at your home | | $ **0.00** |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ **0.00** |
| 17. Other  *See Detailed Expense Attachment* | | $ **850.00** |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **6,415.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ **7,895.00** |
| b. | Average monthly expenses from Line 18 above | $ **6,415.00** |
| c. | Monthly net income (a. minus b.) | $ **1,480.00** |

**B6J (Official Form 6J) (12/07)**

In re  *Conald Whitaker, Jr.*
       *Pamela Whitaker*      Case No. *13-32537*

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| *Cable/internet* | $ *130.00* |
| *Home heating* | $ *100.00* |
| **Total Other Utility Expenditures** | $ *230.00* |

**Other Expenditures:**

| | |
|---|---:|
| *Daycare* | $ *400.00* |
| *Personal grooming* | $ *250.00* |
| *Contingency* | $ *200.00* |
| **Total Other Expenditures** | $ *850.00* |

.

Acs/wells
Acs Education Serv
Utica, NY 13501


American Express
c/o Becket and Lee
Po Box 3001
Malvern, PA 19355


Arrow Financial Services
5996 W Touhy Ave
Niles, IL 60714


Bank Of America
Attn: Bankruptcy NC4-105-02-77
Po Box 26012
Greensboro, NC 27410


Bank of America Mtge
PO Box 35140
Louisville, KY 40232


Barclays/AIRTRAN
Po Box 8833
Wilmington, DE 19899


Bass & Assoc
3936 E Fort Lowell Rd
Tucson, AZ 85712


BCC Financial Management Svc
P.O. Box 590097
Fort Lauderdale, FL 33359-0097


Beta Finance
PO 660232
Crown Point, IN 46308


Beta Finance
8450 S Broadway
Merrillville, IN 46410


Bon Secours Richmond Health
P.O. Box 28538
Richmond, VA 23228

```
Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130


Capital One
PO Box 22876
Rochester, NY 14692


Capital One Auto Finance
3901 N. Dallas Parkway
P.O. Box 260848
Plano, TX 75093


Capital One Auto Finance
3905 N Dallas Pkwy
Plano, TX 75093


Cavalier Telephone
PO Box 11146
Richmond, VA 23230


Charlot Bur
Pob 6220
Charlottesville, VA 22911


City of Richmond
Dept of Public Utilities
730 E. Broad St, 5th Flr.
Richmond, VA 23219


City of Richmond
Department of Finance
P.O. Box 26505
Richmond, VA 23261-6505


Commonwealth of VA
P.O. Box 2369
Richmond, VA 23218-2369


County of Henrico
PO 90775
Richmond, VA 23273
```

Credit One Bank
Po Box 98873
Las Vegas, NV 89193


Fast Auto Loans
1206 Azalea Ave
Richmond, VA 23227


Fidelity Info Corp
Po Box 100
Pacific Palisades, CA 90272


First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57104


GECRB/JC Penny
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076


GEMB/ PayPal Buyer credit
Gemb/Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076


Gemb/jcp
Attention: Bankruptcy
Po Box 103106
Roswell, GA 30076


Gembppbycr
Attention: Bankruptcy
Po Box 103106
Roswell, GA 30076


Heilig Meyers
3807 Mechanicsville Pike
Richmond, VA 23223


Horizon Financial
8585 S Broadway, #880
Merrillville, IN 46410

```
Hsbc Nv
Pob 19360
Portland, OR 97280


Hsbc/UNION PLUS
Attn: Bankruptcy
Po Box 5253
Carol Stream, IL 60197


IRS
PO 21126
Philadelphia, PA 19114-0326


Jolas & Assoc
PO Box 4000
Mason City, IA 50401


Kay Jewelers
Va. Ctr. Commons Space #752
10101 Brook Road
Glen Allen, VA 23060


Kay Jewelers
P.O. Box 1799
Akron, OH 44309


Macys/fdsb
Macy's Bankruptcy
Po Box 8053
Mason, OH 45040


Memorial Rich Medical
PO Box 409438
Atlanta, GA 30384


MiraMed Revenue Group, LLC
P.O. Box 536
Linden, MI 48451


NCO - Medclr
507 Prudential Rd
Horsham, PA 19044
```

```
Palisades Collection
210 Sylvan Ave.
Englewood Cliffs, NJ 07632


Parham Surgery Ctr
7640 E. Parham Rd
Henrico, VA 23294


Pellettieri
991 Oak Creek Dr
Lombard, IL 60148


PMAB, LLC
P.O. Box 12150
Charlotte, NC 28220


Portfolio Recovery
120 Corporate Blvd, #100
Norfolk, VA 23502


Portfolio Recovery
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541


Rec Mgm Sys
7206 Hull Street Rd Ste
Richmond, VA 23235


Richmond Fitness Inc
5750 Brook Road
Richmond, VA 23227


Richmond Nephrology Assoc
671 Hioaks Rd Ste B
Richmond, VA 23225


Sentara Health Care
PO 1875
Norfolk, VA 23501


South Central Bank & T
525 W Roosevelt Rd
Chicago, IL 60607
```

```
Spinella, Owings & Shaia
8550 Mayland Dr
Richmond, VA 23294


Springleaf
formerly American General
601 NW 2nd St
Evansville, IN 47708


Springleaf Financial
P.O. 3251
Evansville, IN 47731


Surgical Specialists
8262 Atlee Rd., #205
Mechanicsville, VA 23116


Target
Po Box 9475
Minneapolis, MN 55440


Transworld Systems
507 Prudential Rd
Horsham, PA 19044


Tuckahoe Anesthesia Assoc
P.O. Box 12846
Wilmington, DE 19850


United Consumers
P.O. Box 4466
Woodbridge, VA 22194-4466


Vacap Federal Cu
1700 Robin Hood Road
Richmond, VA 23220


Virginia Cu
Po Box 90010
Richmond, VA 23225


Wach Bk
Acs Education Serv
Utica, NY 13501
```

```
Weisfield Jewelers/Sterling Jewelers Inc
Attn: Bankruptcy
Po Box 3680
Akron, OH 44309
```