**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGNIA**
**Richmond Division**

In re: Conald Whitaker, Jr. and Pamela Whitaker    Case No. 13-32537
                                                   Chapter 13
            Debtors

## ORDER GRANTING APPLICATION FOR SUPPLEMENTAL COMPENSATION

Upon the filing of an Application for Supplemental Compensation (the "Application") and supporting exhibits by McCollum At Law, P. C. ("McCollum"), counsel for the Debtors, and it appearing to the Court proper to do so, it is herby

ORDERED that the Application for payment of supplemental fees for defense of a Motion to approve refinance real property from April 29, 2014 to June 19, 2014 and preparation of a post-confirmation modified plan filed on July 22, 2014, which was confirmed on September 8, 2014, is approved and the relief requested therein is granted, it is further

ORDERED that supplemental fees in the amount of $750.00 are hereby

APPROVED; and it is therefore

ORDERED that the Chapter 13 Trustee is to pay supplemental fees in a total amount of $750.00 to McCollum as an administrative expense pursuant to 11 U.S.C. §503; and it is further

ORDERED that the plan term is to be increased to n/a months AND an increase in the plan payment to $ n/a, to allow for payment of the compensation without reducing the dividend payable to unsecured creditors pursuant to the Plan.

The Clerk is directed to forward a copy of the Order to the parties listed on the attached service list.

Date: Jan 9 2015    /s/ Keith L. Phillips
_____    _____
                            United States Bankruptcy Judge

Rudolph C. McCollum, Jr. (VSB #32825)    Entered on Docket: Jan 12 2015
Elizabeth F. Egan (VSB#44849)
McCollum At Law, P. C.
422 E. Franklin Street, Suite 301
Richmond, VA 23219
(804) 523-3900
Counsel for Debtors

I ask for this:

/s/ Rudolph C. McCollum, Jr.
Rudolph C. McCollum, Jr. (VSB #32825)
Elizabeth F. Egan (VSB#44849)
McCollum At Law, P. C.
422 E. Franklin Street, Suite 301
Richmond, VA 23219
(804) 523-3900
Counsel for Debtors

Seen and Agreed

/s/ Suzanne E. Wade, Esquire
Suzanne E. Wade, Esquire
Chapter 13 Trustee
P. O. Box 1780
Richmond, VA 23218-1780

## CERTIFICATION

　　　　Pursuant to Local Rule 9022-1(C), I hereby certify that all necessary parties have endorsed the above Order.

　　　　　　　　　　　　　　　　　　/s/Rudolph C. McCollum, Jr.
　　　　　　　　　　　　　　　　　　Counsel for Debtors

**Parties to Receive Copies**

McCollum At Law, P. C.
422 E. Franklin Street, Suite 301
Richmond, VA 23219

Suzanne Wade, Esquire
Chapter 13 Trustee
P. O. Box 1780
Richmond, VA 23218-1780

Office of U.S. Trustee
701 E. Broad Street
Suite 4304
Richmond, VA 23219

Conald Whitaker, Jr.
Pamela Whitaker
313 Wilmer Avenue
Richmond, VA 23227