**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Conald Whitaker Jr.** | Social Security number or ITIN  **xxx–xx–3815** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Pamela Whitaker** | Social Security number or ITIN  **xxx–xx–5731** |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Virginia**

Case number:  **13–32537–KLP**

## Discharge of Joint Debtors                                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Conald Whitaker Jr.                    Pamela Whitaker
                                       aka Pamela Washington

July 13, 2018                          **For the court:**    William C. Redden
                                                             Clerk

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 13-32537-KLP
Conald Whitaker, Jr.                                                      Chapter 13
Pamela Whitaker
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: mullert            Page 1 of 4              Date Rcvd: Jul 13, 2018
                              Form ID: 3180W          Total Noticed: 99

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2018.
```
db/jdb       +Conald Whitaker, Jr.,    Pamela Whitaker,    313 Wilmer Ave,    Richmond, VA 23227-2653
cr           +DLJ Mortgage Capital, Inc.,    501 Independence Parkway, Suite 203,   Chesapeake, VA 23320-5174
cr           +Springleaf Financial Services, Inc.,    501 Independence Parkway, Suite 203,
               Chesapeake 23320-5174
11782498      Acs/wells,   Acs Education Serv,    Utica, NY 13501-0000
11782500     +Arrow Financial Services,    5996 W Touhy Ave,    Niles, IL 60714-4610
11782505      BCC Financial Management Svc,    P.O. Box 590097,    Fort Lauderdale, FL 33359-0097
11782503     +Barclays/AIRTRAN,    Po Box 8833,    Wilmington, DE 19899-8833
11782506      Beta Finance,   PO 660232,    Crown Point, IN 46308-0000
11891906      Bon Secours Memorial Regional Med Ctr,    c/o Greer P. Jackson, Jr., Esq.,
               Spinella, Owings & Shaia, P.C.,    8550 Mayland Drive,    Richmond, VA  23294-4704
11782508     +Bon Secours Richmond Health,    P.O. Box 28538,    Richmond, VA 23228-8538
11891907      Bon Secours St. Mary's Hospital,    c/o Greer P. Jackson, Jr., Esq.,
               Spinella, Owings & Shaia, P.C.,    8550 Mayland Drive,    Richmond, VA  23294-4704
11964260     +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,   Norfolk VA 23541-0907
11782510     +Capital One,   PO Box 22876,    Rochester, NY 14692-2876
11782513     +Cavalier Telephone,    PO Box 11146,   Richmond, VA 23230-1146
12834775     +DLJ Mortgage Capital, Inc.,    Serviced by Select Portfolio Servicing,,   3815 South West Temple,
               Salt Lake City, UT 84115-4412
11952583     +Everhome Mortgage,    301 W. Bay Street,    Jacksonville, FL 32202-5103
11782521    ++FIDELITY INFORMATION CORPORATION,    PO BOX 3963,   GLENDALE CA 91221-0963
             (address filed with court: Fidelity Info Corp,    Po Box 100,
               Pacific Palisades, CA 90272-0000)
11782520     +Fast Auto Loans,    1206 Azalea Ave,   Richmond, VA 23227-3413
11842036     +Fast Auto Loans, Inc.,    c/o The Salkin Law Firm, P.A.,    1776 N Pine Island Road, Ste 218,
               Plantation, FL 33322-5223
11782528    ++HORIZON FINANCIAL MANAGEMENT LLC,    9980 GEORGIA ST,    CROWN POINT IN 46307-6520
             (address filed with court: Horizon Financial,    8585 S Broadway, #880,
               Merrillville, IN 46410-0000)
11782532     +Jolas & Assoc,    PO Box 4000,   Mason City, IA 50402-4000
11782534     +Kay Jewelers,    P.O. Box 1799,   Akron, OH 44309-1799
11782533     +Kay Jewelers,    Va. Ctr. Commons Space #752,    10101 Brook Road,   Glen Allen, VA 23059-6538
11782536     +Memorial Rich Medical,    PO Box 409438,    Atlanta, GA 30384-9438
11782542     +PMAB, LLC,   P.O. Box 12150,    Charlotte, NC 28220-2150
11782540     +Parham Surgery Ctr,    7640 E. Parham Rd,   Henrico, VA 23294-4300
11782546     +Richmond Fitness Inc,    5750 Brook Road,   Richmond, VA 23227-2276
11782547     +Richmond Nephrology Assoc,    671 Hioaks Rd Ste B,    Richmond, VA 23225-4072
11950649     +Rudolph C. McCollum, Jr.,    P. O. Box 4595,   Richmond, VA 23220-8595
12645638     +Springleaf Financial Services,    Serviced by Select Portfolio Servicing,,
               3815 South West Temple,    Salt Lake City, UT 84115-4412
11817841     +Sterling Jewelers c/o AIS Data Services, LP,    Department 223,    PO BOX 4457,
               Houston, TX 77210-4457
12614597     +Sterling Jewelers, Inc.,    P.O. Box 201347,   Arlington, TX 76006-1347
11782552     +Surgical Specialists,    8262 Atlee Rd., #205,   Mechanicsville, VA 23116-1816
11782555     +Tuckahoe Anesthesia Assoc,    P.O. Box 12846,   Wilmington, DE 19850-2846
11782556      United Consumers,    P.O. Box 4466,   Woodbridge, VA 22194-4466
11782561      Wach Bk,   Acs Education Serv,    Utica, NY 13501-0000
11782562     +Weisfield Jewelers/Sterling Jewelers Inc,    Attn: Bankruptcy,    Po Box 3680,
               Akron, OH 44309-3680
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +EDI: AISACG.COM Jul 14 2018 05:58:00    Capital One Auto Finance,    P.O. Box 201347,
               Arlington, TX 76006-1347
cr           +EDI: AISACG.COM Jul 14 2018 05:58:00    Capital One Auto Finance c/o AIS Portfolio Service,
               4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
cr            E-mail/Text: bankruptcy.bnc@ditech.com Jul 14 2018 02:17:25    Green Tree Servicing LLC,
               PO BOX 0049,   Palatine, IL 60055-0049
cr           +EDI: PRA.COM Jul 14 2018 05:58:00    PRA Receivables Management, LLC,    POB 41067,
               NORFOLK, VA 23541-1067
cr            EDI: AGFINANCE.COM Jul 14 2018 05:58:00    Springleaf Financial Services,   PO Box 969,
               Evansville, IN 47706
cr           +EDI: AISACG.COM Jul 14 2018 05:58:00    Sterling Jewelers,   c/o AIS Data Services, LP,
               P.O. Box 201347,   Arlington, TX 76006-1347
11782499     +EDI: BECKLEE.COM Jul 14 2018 05:58:00    American Express,   c/o Becket and Lee,    Po Box 3001,
               Malvern, PA 19355-0701
11941524      EDI: BECKLEE.COM Jul 14 2018 05:58:00    American Express Centurion Bank,
               c/o Becket and Lee LLP,   POB 3001,    Malvern PA 19355-0701
11807170      E-mail/Text: legal-compliance@directbuy.com Jul 14 2018 02:17:15    BETA FINANCE COMPANY, INC.,
               PO BOX 6000,   CROWN POINT, IN 46308-6000
11782501     +EDI: BANKAMER.COM Jul 14 2018 05:58:00    Bank Of America,   Attn: Bankruptcy NC4-105-02-77,
               Po Box 26012,   Greensboro, NC 27420-6012
11782502      EDI: BANKAMER2.COM Jul 14 2018 05:58:00    Bank of America Mtge,   PO Box 35140,
               Louisville, KY 40232-0000
```

```
District/off: 0422-7           User: mullert               Page 2 of 4                   Date Rcvd: Jul 13, 2018
                               Form ID: 3180W              Total Noticed: 99


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
11782504       +EDI: BASSASSOC.COM Jul 14 2018 05:58:00      Bass & Assoc,    3936 E Fort Lowell Rd,
                 Tucson, AZ 85712-1083
11782507       +E-mail/Text: legal-compliance@directbuy.com Jul 14 2018 02:17:15       Beta Finance,
                 8450 S Broadway,    Merrillville, IN 46410-6221
11782509       +EDI: CAPITALONE.COM Jul 14 2018 05:58:00      Capital 1 Bank,    Attn: Bankruptcy Dept.,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
11789618       +EDI: AISACG.COM Jul 14 2018 05:58:00      Capital One Auto Finance,    a division of Capital One,
                 4515 N Santa Fe Ave.,    Dept. APS,    Oklahoma City, OK 73118-7901
11782512       +EDI: CAPONEAUTO.COM Jul 14 2018 05:58:00      Capital One Auto Finance,    3905 N Dallas Pkwy,
                 Plano, TX 75093-7892
11850466       +EDI: AISACG.COM Jul 14 2018 05:58:00      Capital One Auto Finance,
                 c/o Ascension Capital Group,    4515 N Santa Fe Ave.,    Dept. APS,
                 Oklahoma City, OK 73118-7901
11782511       +EDI: CAPONEAUTO.COM Jul 14 2018 05:58:00      Capital One Auto Finance,    3901 N. Dallas Parkway,
                 P.O. Box 260848,    Plano, TX 75026-0848
11782514       +E-mail/Text: bkrpt01@maxprofitsys.com Jul 14 2018 02:17:38       Charlot Bur,   Pob 6220,
                 Charlottesville, VA 22906-6220
11782515       +E-mail/PDF: BANKRUPTCY.NOTICES@RICHMONDGOV.COM Jul 14 2018 02:23:11       City of Richmond,
                 Dept of Public Utilities,    730 E. Broad St, 5th Flr.,    Richmond, VA 23219-1861
11782516        E-mail/PDF: BANKRUPTCY.NOTICES@RICHMONDGOV.COM Jul 14 2018 02:23:53       City of Richmond,
                 Department of Finance,    P.O. Box 26505,    Richmond, VA 23261-6505
11797181       +E-mail/Text: bkr@taxva.com Jul 14 2018 02:18:02      Commonwealth of Virginia,
                 Department of Taxation,    P.O. Box 2156,    Richmond, VA 23218-2156
11782518       +E-mail/Text: bankruptcy@co.henrico.va.us Jul 14 2018 02:17:55       County of Henrico,    PO 90775,
                 Richmond, VA 23273-0775
11782519       +EDI: RCSFNBMARIN.COM Jul 14 2018 05:58:00      Credit One Bank,    Po Box 98873,
                 Las Vegas, NV 89193-8873
11782522       +EDI: AMINFOFP.COM Jul 14 2018 05:58:00      First Premier Bank,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
11782523       +EDI: RMSC.COM Jul 14 2018 05:58:00      GECRB/JC Penny,    Attention: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
11782524       +EDI: RMSC.COM Jul 14 2018 05:58:00      GEMB/ PayPal Buyer credit,    Gemb/Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
12648431        E-mail/Text: bankruptcy.bnc@ditech.com Jul 14 2018 02:17:25       Green Tree Servicing LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
11782525       +EDI: RMSC.COM Jul 14 2018 05:58:00      Gemb/jcp,   Attention: Bankruptcy,    Po Box 103106,
                 Roswell, GA 30076-9106
11782526       +EDI: RMSC.COM Jul 14 2018 05:58:00      Gembppbycr,    Attention: Bankruptcy,    Po Box 103106,
                 Roswell, GA 30076-9106
12377801       +E-mail/Text: bankruptcy.bnc@ditech.com Jul 14 2018 02:17:25       Green Tree Servicing LLC,
                 PO Box 0049,    Palatine, IL 60055-0049,    Telephone 60055-0049
12034826        E-mail/Text: bankruptcy@co.henrico.va.us Jul 14 2018 02:17:55       HENRICO COUNTY, VIRGINIA,
                 JASON M. HART,    ASSISTANT COUNTY ATTORNEY,    P.O. BOX 90775,    HENRICO, VIRGINIA 23273-0775
11782527       +EDI: RMSC.COM Jul 14 2018 05:58:00      Heilig Meyers,    3807 Mechanicsville Pike,
                 Richmond, VA 23223-1113
11782529       +EDI: HFC.COM Jul 14 2018 05:58:00      Hsbc Nv,    Pob 19360,    Portland, OR 97280-0360
11782530       +EDI: HFC.COM Jul 14 2018 05:58:00      Hsbc/UNION PLUS,    Attn: Bankruptcy,    Po Box 5253,
                 Carol Stream, IL 60197-5253
11782531        EDI: IRS.COM Jul 14 2018 05:58:00     IRS,    PO 21126,    Philadelphia, PA 19114-0326
11895891        EDI: JEFFERSONCAP.COM Jul 14 2018 05:58:00      Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617
11959695        EDI: RESURGENT.COM Jul 14 2018 05:58:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
11969128        EDI: RESURGENT.COM Jul 14 2018 05:58:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Springleaf Financial,    Services, Inc.,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
11782535       +EDI: TSYS2.COM Jul 14 2018 05:58:00      Macys/fdsb,    Macy's Bankruptcy,    Po Box 8053,
                 Mason, OH 45040-8053
11782537       +E-mail/Text: mmrgbk@miramedrg.com Jul 14 2018 02:17:42       MiraMed Revenue Group, LLC,
                 P.O. Box 536,    Linden, MI 48451-0536
11782538       +E-mail/Text: egssupportservices@alorica.com Jul 14 2018 02:17:47       NCO - Medclr,
                 507 Prudential Rd,    Horsham, PA 19044-2308
11782543        EDI: PRA.COM Jul 14 2018 05:58:00      Portfolio Recovery,    120 Corporate Blvd, #100,
                 Norfolk, VA 23502-0000
11782544        EDI: PRA.COM Jul 14 2018 05:58:00      Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
                 Norfolk, VA 23541-0000
11959487        EDI: PRA.COM Jul 14 2018 05:58:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
11782539       +E-mail/Text: ebn@vativrecovery.com Jul 14 2018 02:17:25       Palisades Collection,
                 210 Sylvan Ave.,    Englewood Cliffs, NJ 07632-2510
11782541       +E-mail/Text: mmrgbk@miramedrg.com Jul 14 2018 02:17:42       Pellettieri,    991 Oak Creek Dr,
                 Lombard, IL 60148-6408
11782545       +E-mail/Text: colleen.atkinson@rmscollect.com Jul 14 2018 02:18:17       Rec Mgm Sys,
                 7206 Hull Street Rd Ste,    Richmond, VA 23235-5827
11841858        EDI: AGFINANCE.COM Jul 14 2018 05:58:00      SPRINGLEAF FINANCIAL SERVICES,    601 NW 2ND ST,
                 EVANSVILLE IN 47706
```

```
District/off: 0422-7           User: mullert              Page 3 of 4              Date Rcvd: Jul 13, 2018
                               Form ID: 3180W            Total Noticed: 99

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
11782550       EDI: AGFINANCE.COM Jul 14 2018 05:58:00      Springleaf,    formerly American General,
                 601 NW 2nd St,    Evansville, IN 47708-0000
11782551       EDI: AGFINANCE.COM Jul 14 2018 05:58:00      Springleaf Financial,    P.O. 3251,
                 Evansville, IN 47731-0000
11782548      +E-mail/Text: BCCCSUBANKRUPTCYEMAIL@sentara.com Jul 14 2018 02:18:25       Sentara Health Care,
                 PO 1875,    Norfolk, VA 23501-1875
11782549      +E-mail/Text: jgraham@banksouthcentral.com Jul 14 2018 02:17:40       South Central Bank & T,
                 525 W Roosevelt Rd,    Chicago, IL 60607-4905
11782553      +EDI: WTRRNBANK.COM Jul 14 2018 05:58:00      Target,    Po Box 9475,   Minneapolis, MN 55440-9475
11782554      +E-mail/Text: bankruptcydepartment@tsico.com Jul 14 2018 02:18:10       Transworld Systems,
                 507 Prudential Rd,    Horsham, PA 19044-2308
11804089      +EDI: OPHSUBSID.COM Jul 14 2018 05:58:00      VANDA, LLC,    C O WEINSTEIN AND RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
11782517       E-mail/Text: bkr@taxva.com Jul 14 2018 02:18:02      Commonwealth of VA,    P.O. Box 2369,
                 Richmond, VA 23218-2369
11782557      +EDI: VACU.COM Jul 14 2018 05:58:00      Va Credit Union,    7500 Boulders View Drive,
                 Richmond, VA 23225-4066
11782558      +EDI: VACU.COM Jul 14 2018 05:58:00      Va Credit Union,    Po Box 90010,
                 Richmond, VA 23225-9010
11782559      +E-mail/Text: collections@rvafinancial.com Jul 14 2018 02:17:14      Vacap Federal Cu,
                 1700 Robin Hood Road,    Richmond, VA 23220-1000
11798572      +EDI: VACU.COM Jul 14 2018 05:58:00      Virginia Credit Union, Inc.,    P.O. box 90010,
                 Richmond, VA 23225-9010
11782560      +EDI: VACU.COM Jul 14 2018 05:58:00      Virginia Cu,    Po Box 90010,   Richmond, VA 23225-9010
                                                                                              TOTAL: 62

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bank of America, N.A.
cr             EverBank
cr             WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE F
12614596*     +Capital One Auto Finance,    a division of Capital One,    4515 N Santa Fe Ave.,   Dept. APS,
                 Oklahoma City, OK 73118-7901
11897224*    ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
              (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
aty           ##+MaryAnn Bride,    Select Portfolio Servicing,    3815 S. West Temple,
                 Salt Lake City, UT 84115-4412
cr            ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                    TOTALS: 3, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2018 at the address(es) listed below:
          Auria K. DuPuch-Freeman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, AS
           TRUSTEE FOR STANWICH MORTGAGE LOAN TRUST VABecf@logs.com
          Auria K. DuPuch-Freeman    on behalf of Creditor    DLJ Mortgage Capital, Inc. VABecf@logs.com
          Brandon R. Jordan    on behalf of Creditor    EverBank bjordan@siwpc.com,
           dsasser@siwpc.com;ewhite@siwpc.com;jmuncy@siwpc.com;mfreeman@siwpc.com;npatel@siwpc.com;bkreferra
           ls@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com
```

```
District/off: 0422-7          User: mullert              Page 4 of 4                  Date Rcvd: Jul 13, 2018
                              Form ID: 3180W             Total Noticed: 99
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Jason Meyer Krumbein    on behalf of Plaintiff Pamela  Whitaker jkrumbein@krumbeinlaw.com,
               a30156@yahoo.com;plutzky@krumbeinlaw.com
              Jason Meyer Krumbein    on behalf of Plaintiff Conald  Whitaker, Jr. jkrumbein@krumbeinlaw.com,
               a30156@yahoo.com;plutzky@krumbeinlaw.com
              Johnie Rush Muncy    on behalf of Creditor   Bank of America, N.A. jmuncy@siwpc.com,
               bjordan@siwpc.com;dsasser@siwpc.com;ewhite@siwpc.com;mfreeman@siwpc.com;npatel@siwpc.com;bkreferr
               als@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com
              Michael Todd Freeman     on behalf of Creditor   Green Tree Servicing LLC mfreeman@siwpc.com,
               bjordan@siwpc.com;dsasser@siwpc.com;ewhite@siwpc.com;jmuncy@siwpc.com;npatel@siwpc.com;bkreferral
               s@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com
              Rudolph C. McCollum, Jr.    on behalf of Debtor Conald  Whitaker, Jr. rudy@mccollumatlaw.com,
               mccollumatlaw301@gmail.com;rudy@ecf.courtdrive.com;r46348@notify.bestcase.com
              Rudolph C. McCollum, Jr.    on behalf of Joint Debtor Pamela  Whitaker rudy@mccollumatlaw.com,
               mccollumatlaw301@gmail.com;rudy@ecf.courtdrive.com;r46348@notify.bestcase.com
              Suzanne E. Wade    ecfsummary@ch13ricva.com,   trustee@ch13ricva.com;fred@cmc13.net
              William M. Savage    on behalf of Creditor   DLJ Mortgage Capital, Inc. vabecf@logs.com
              William M. Savage    on behalf of Creditor   Springleaf Financial Services vabecf@logs.com
              William M. Savage    on behalf of Creditor   Springleaf Financial Services, Inc. vabecf@logs.com
                                                                                              TOTAL: 13
```